**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 03-cr-00384-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     JACK J. CURTIN-HILL,

       Defendant.

_____

**ORDER**
_____

Upon Defendant's Motion for Early Termination of Supervised Release (Doc 51 - filed March 19, 2008), and Government's Response (Doc 53 - filed March 28, 2008), and the Court being fully advised in this premises, it is

ORDERED that Defendant's Motion is DENIED.

                                BY THE COURT:

                                  s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge

DATED: April 2, 2008